E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER S. GORIN (Cal. Bar No. 326235)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3190
     Facsimile: (213) 894-0141
     E-mail:    alexander.gorin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:23-CR-00225-MCS |
|---|---|
| Plaintiff, | JOINT DISCOVERY REPORT |
| v. | Pretrial Conference: 7/17/2023 at 3:00 p.m. |
| LEOBARDO RAMOS VERDUGO, | |
| Defendant. | Jury Trial Date: 7/25/2023 at 8:30 a.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Alexander S. Gorin, and defendant LEOBARDO RAMOS VERDUGO ("defendant"), by and through his counsel of record, Deputy Federal Public Defender Mariah Holder having met and conferred on June 12, 2023, hereby file this Joint Discovery Report per the Court's Standing Order for Criminal Cases:

   1. Defendant is charged in an indictment with violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(viii): Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 924(c)(1)(A)(i): Carrying a

Firearm During and in Relation to, and Possession of a Firearm in Furtherance of, a Drug Trafficking Crime; and 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition. (Dkt. 1)

2. Defendant appeared for his initial appearance and post-indictment arraignment on May 31, 2023. (Dkt. 9) Defendant is to be released on bond pending the availability of a bed in a residential drug treatment program. (Dkt. 10)

3. <u>Discovery.</u> The government has produced initial discovery to counsel. This initial discovery consists of copies of defendant's certified conviction records and criminal history, laboratory reports, investigative reports and notes, photographs and audio recordings of evidence discovered pursuant to the search of defendant's vehicle, and dash camera video of defendant's traffic stop. In total, the government has produced approximately 850 pages of documents, two audio recordings, 48 photographs, and two video recordings.

4. Defendant has not yet produced any discovery to the government.

5. <u>Discovery Disputes.</u> At this time, there are no discovery disputes. The parties reserve the right to request additional discovery under the Federal Rules of Criminal Procedure and relevant statutory and case law.

6. <u>Anticipated Pretrial Motions.</u> At this time, the parties have not specifically identified any anticipated pretrial motions. The parties reserve the right to identify and file pretrial motions at a later date.

7. <u>Trial Date.</u> Trial is currently set for July 25, 2023, at 8:30 a.m. The pretrial conference is currently set for July 17, 2023,

at 3:00 p.m. The parties anticipate requesting a continuance of the current trial date.

    8.   <u>Anticipated Length of Trial.</u> The parties anticipate that, should this case proceed to trial, the trial will last approximately 3 to 4 days.

Dated: June 12, 2023         Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

       /s/
ALEXANDER S. GORIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: June 12, 2023           /s/ (with authorization)
MARIAH HOLDER
Deputy Federal Public Defender

Attorneys for Defendant
LEOBARDO RAMOS VERDUGO