1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   ALEXANDER S. GORIN (Cal. Bar No. 326235)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3190
7       Facsimile: (213) 894-0141
        E-mail:    alexander.gorin@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                     UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,      | No. 2:23-CR-00225-MCS-1
13 |         Plaintiff,             | ORDER ON STIPULATION CONTINUING
   |                                | SENTENCING (ECF No. 41)
14 |         v.                     |
   |                                | **CURRENT COP DATE:   07/1/2024**
15 | LEOBARDO RAMOS VERDUGO,        | **PROPOSED COP DATE:  07/29/2024**
16 |         Defendant.             |

17

18

19      The Court has read and considered the Stipulation Regarding

20 Request for Continuance of the Change of Plea filed by the parties in

21 this matter on June 13, 2024.  The Court hereby finds that the

22 stipulation, which this Court incorporates by reference into this

23 Order, demonstrates facts that support a continuance of the change of

24 plea setting in this matter.

25 //

26 //

27 //

28 //

   THEREFORE, FOR GOOD CAUSE SHOWN:

   1.   The Sentencing in this matter is continued from July 1, 2024, to July 29, 2024, at 3:00 p.m.

   2.   Defendant shall appear in Courtroom 7C of the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012 at the Change of Plea on July 29, 2024, at 3:00 p.m.

   IT IS SO ORDERED.

   June 13, 2024
   _____          _____
   DATE                              HONORABLE MARK C. SCARSI
                                     UNITED STATES DISTRICT JUDGE

cc:  USPO, PSA

Presented by:

/s/
_____
ALEXANDER S. GORIN
Assistant United States Attorney
LEOBARDO RAMOS VERDUGO